IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EASTWEST BRIDGE**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-2417-L** |
| | § | |
| **TECHNOLOGY PARTNERS FZ, LLC** | § | |
| **and BAHARKAN GROUP**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion for Attorney's Fees and Related Non-Taxable Expenses Against Postjudgment Defendants Technology Partners FZ, LLC, and Baharkan Group (Doc. 27), filed September 24, 2015. On January 15, 2016, Magistrate Judge Renée Harris Toliver entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant in part Plaintiff's motion. No objections to the Report were filed.

After reviewing the motion, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Attorney's Fees and Related Non-Taxable Expenses Against Postjudgment Defendants Technology Partners FZ, LLC, and Baharkan Group (Doc. 27) to the extent that it **awards** Plaintiff **$61,381.25** in reasonable attorney's fees and **$7,433.47** in costs. All other relief requested in the motion is **denied.**

**It is so ordered** this 24th day of February, 2016.

Sam A. Lindsay
United States District Judge

**Order - Solo Page**